

FILED
FEB 01 2019
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW CURTIS OLSON,<br><br>Defendant. | MJ 19-9-M-JCL<br><br><br><br>ORDER GRANTING UNITED STATES' MOTION TO SEAL |
|---|---|

Based on the United States motion to seal, and good cause appearing in support thereof,

IT IS ORDERED that the entire court file in this matter—including the complaint, affidavit in support thereof, arrest warrant, this motion, and any order granting the motion—is sealed until the Defendant is arrested and scheduled for an initial appearance on the complaint.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance by any defendant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 1st day of February 2019.

                                                   /s/ Jeremiah C. Lynch
                                                   JEREMIAH C. LYNCH
                                                   United States Magistrate Judge