IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUL 08 2019
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW CURTIS OLSON,<br>*aka Matti Curtis*,<br><br>Defendant. | CR 19–12–M–DLC<br><br>ORDER |

Before the Court are the United States' Unopposed Motions to Quash Writ of Habeas Corpus (for testimony). (Docs. 53 & 55.)

IT IS ORDERED that the motions (Docs. 53 & 55) are GRANTED.

IT IS FURTHER ORDERED that the Writ of Habeas Corpus (for testimony) directing the Warden of the Montana State Prison, Deer Lodge, Montana, the Warden of Passages Women's Center, Billings, Montana, and Rod Ostermiller, United States Marshal for the District of Montana, to produce Ashley Marie McCormack before the Court at the Russell Smith U.S. Courthouse at Missoula, Montana, at 9:00 a.m. on July 22, 2019 (Doc. 46) IS HEREBY QUASHED.

IT IS FURTHER ORDERED that the Writ of Habeas Corpus (for testimony) directing the Warden of the Montana State Prison, Deer Lodge, Montana, and Rod Ostermiller, United States Marshal for the District of Montana, to produce Travis

-1-

L. Golden, before the Court at the Russell Smith U.S. Courthouse at Missoula, Montana, at 9:00 a.m. on July 22, 2019 (Doc. 44) IS HEREBY QUASHED.

DATED this 8th day of July, 2019.

_____
Dana L. Christensen, Chief District Judge
United States District Court