IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

OCT 1 1 2019

Clerk, U.S District Court
District Of Montana
Missoula

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW CURTIS OLSON,
*aka Matti Curtis*,

Defendant.

CR 19–12–M–DLC

ORDER

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and Rule 32.2, Federal Rules of Criminal Procedure.

2. A preliminary order of forfeiture was entered on July 26, 2019. (Doc. 64.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 67.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and Rule 32.2, Federal Rules of Criminal Procedure.

It is therefore ORDERED that:

-1-

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(n)(7) and (2); Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- $4,247 United States currency;

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of October, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court